# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3029
_____

JERIMY MATHEW MRKWA,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

December 4, 2024

PER CURIAM.

AFFIRMED in part, DISMISSED in part. *See Parrish v. State*, 349 So. 3d 485 (Fla. 1st DCA 2022), *rev. granted*, No. SC22-1457, 2023 WL 5223320 (Fla. Aug. 15, 2023).

ROBERTS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.